Laurence F. Padway (SBN 89314)
lpadway@padway.com
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:  (510) 814-6100
Facsimile:  (510) 814-0650

David Linden (SBN 41221)
Law Offices of David Linden
Box 5780
Napa, CA 94581
Telephone:  (707) 252-7007
Facsimile:  (707) 252-7883

**Attorneys for Plaintiff**

James P. Collins, Jr. (SBN 47608)
jcollins@murchisonlaw.com
MURCHISON & CUMMING, LLP
200 West Santa Ana Boulevard, Suite 801
Santa Ana, CA 92701-4134
Telephone:  (714) 972-9977
Facsimile:  (714) 972-1404

William D. Hittler (MN Reg. No. 153916) Pro Hac Vice
whitter@nilanjohnson.com
NILAN JOHNSON LEWIS PA
400 One Financial Plaza, 120 South Sixth Street
Minneapolis, MN  55402-4501
Telephone:  (612) 305-7500
Facsimile:   (612) 305-7501

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Wendy Collier,<br><br>       Plaintiff,<br><br>v. | Court File No. 11-01760 SC<br><br>**JOINT STIPULATION EXTENDING TIME FOR MEDIATION AND [PROPOSED] ORDER** |

1 –  *Joint Stipulation and Proposed Order Extending Time for Mediation and [Proposed] Order*

ND:  4826-2535-4250, v2

| | |
|---|---|
| ReliaStar Life Insurance Company, | ) |
| | ) |
| Defendant. | ) |

Pursuant to Local Rule 7-12 and ADR Local Rule 6-5, Plaintiff Wendy Collier and Defendant ReliaStar Life Insurance Company, through their respective counsel, hereby stipulate and request that the Court extend the deadline for conducting mediation in this action from October 3, 2011 to November 22, 2011.

(1)  Detail the considerations that support the request:

This action involves a claim for payment of long-term disability benefits by Plaintiff against Defendant ReliaStar, which issued a policy of disability insurance to CSAC Insurance Authority, No. 31640-7, in connection with an employee benefit plan. The parties to this action agreed to participate in mediation pursuant to ADR L.R. 6 by Stipulation (D.I. No. 15) dated June 30, 2011.  The Court subsequently entered an Order on July 5, 2011 (D.I. No. 16) setting October 3, 2011 as the deadline for completing the mediation process.

On August 15, 2011, counsel for the parties participated in a telephonic conference with Eric Danoff, Esq., the Court-appointed mediator.  In light of the preliminary settlement discussions which the parties are now engaged in, it seems likely that some discovery will be necessary before a successful mediation can be held. Additional time will be required to complete that discovery because counsel for plaintiff is scheduled to try a multi-week jury case in state court during September.

(2)  Indicate whether the other parties concur in or object to the request:

All parties stipulate to the requested extension of time.

- 2 –
*Joint Stipulation and Proposed Order Extending Time for Mediation and [Proposed] Order*

ND:  4826-2535-4250, v2

    (3)    Be accompanied by a proposed order setting forth a new deadline by which the mediation shall be held:

A copy of the proposed order is set forth below.

Dated: _____8/17/11_____ **LAW OFFICES OF LAURENCE F. PADWAY**

By:___*s/ Laurence F. Padway*_____
Laurence F. Padway

Dated: _____8/17/11_____ **LAW OFFICES OF DAVID LINDEN**

By:___*s/ David Linden*_____
David Linden

Dated:_____8/17/11_____ **NILAN JOHNSON LEWIS PA**

By:___*s/ William D. Hittler*_____
William D. Hittler (*Pro Hac Vice*)

Dated:_____8/17/11_____ **MURCHISON & CUMMING, LLP**

By:___*s/ James P. Collins, Jr.*_____
James P. Collins, Jr.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____8/22_____, 2011     _____
Samuel Conti
United States Dis[trict Judge]

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 3 –
*Joint Stipulation and Proposed Order Extending Time for Mediation and [Proposed] Order*

ND: 4826-2535-4250, v2