Laurence F. Padway (SBN 89314)
lpadway@padway.com
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:  (510) 814-6100
Facsimile:  (510) 814-0650

David Linden (SBN 41221)
Law Offices of David Linden
Box 5780
Napa, CA 94581
Telephone:  (707) 252-7007
Facsimile:  (707) 252-7883

**Attorneys for Plaintiff**

James P. Collins, Jr. (SBN 47608)
jcollins@murchisonlaw.com
MURCHISON & CUMMING, LLP
200 West Santa Ana Boulevard, Suite 801
Santa Ana, CA 92701-4134
Telephone:  (714) 972-9977
Facsimile:  (714) 972-1404

William D. Hittler (MN Reg. No. 153916) Pro Hac Vice
whitter@nilanjohnson.com
NILAN JOHNSON LEWIS PA
400 One Financial Plaza, 120 South Sixth Street
Minneapolis, MN  55402-4501
Telephone:  (612) 305-7500
Facsimile:   (612) 305-7501

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Wendy Collier,<br><br>　　　　　Plaintiff,<br><br>v. | Court File No. 11-01760 SC<br>**AMENDED**<br>**JOINT STIPULATION EXTENDING TIME FOR MEDIATION AND [PROPOSED] ORDER** |

- 1 –

*Joint Stipulation and Proposed Order Extending Time for Mediation and [Proposed] Order*

ND:  4826-2535-4250, v1

| | |
|---|---|
| ReliaStar Life Insurance Company, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Wendy Collier and Defendant ReliaStar Life Insurance Company, through their respective counsel, hereby stipulate and request that the Court extend the deadline for conducting mediation in this action from November 22, 2011 to January 25, 2012.

Whereas, mediation in this matter was scheduled to take place on November 21, 2011 before Eric Danoff, Esq., the court appointed mediator; and

Whereas, on August 15, 2011, counsel for the parties participated in a telephonic conference with Eric Danoff, Esq., the Court-appointed mediator and it was determined that some discovery, including physician depositions, was necessary before a successful a mediation could be held; and

Whereas, the Court extended the mediation deadline until November 22, 2011 to allow this discovery to take place; and

Whereas, the necessary depositions were scheduled to take place the week of November 7, and

Whereas, on November 3, 2011, Laurence F. Padway, counsel for Plaintiff, learned of a death in his family which made him unavailable to attend the depositions scheduled in this matter the week of November 7th; and

- 2 –
*Joint Stipulation and Proposed Order Extending Time for Mediation and [Proposed] Order*

ND:  4826-2535-4250, v1

Whereas, the depositions were unable to be rescheduled until the week of December 12, 2011 due to the schedules of the doctors; and

Whereas, mediation has been rescheduled to January 24, 2012.

Now, therefore, the parties stipulate that the deadline for mediation be extended to January 25, 2012. This extension will not require any change in or affect any pretrial deadlines or the trial date.

Dated:  11/18/2011

**LAW OFFICES OF LAURENCE F. PADWAY**

By: /s/ Laurence F. Padway
    Laurence F. Padway

Dated: 11/18/2011

**NILAN JOHNSON LEWIS PA**

By: /s/ William D. Hittler
    William D. Hittler (*Pro Hac Vice*)

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __11/21_____, 2011

_____
Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 3 –

*Joint Stipulation and Proposed Order Extending Time for Mediation [Proposed] Order*

ND:  4826-2535-4250, v1