IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY COLLIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 11-1760 SC<br><br>ORDER GRANTING MOTION FOR <u>LEAVE TO FILE A SURREPLY</u> |

　　Plaintiff in the above-captioned matter has moved for leave to file a surreply in opposition to Defendant's motion for summary judgment. ECF No. 44 ("Mot."). Plaintiff would like to call the Court's attention to newly available testimony and "to points which [Plaintiff] raised to which defendant failed to respond, and briefly address certain arguments which defendant made in its reply brief." <u>Id.</u> at 1-2. The Court GRANTS Plaintiff's motion. Plaintiff may file a surreply on or before Wednesday, March 7, 2012, and Defendants may file a response by Monday, March 12, 2012. Neither brief shall exceed 5 pages in length. Plaintiff may only use the surreply to introduce new evidence not available at the time she filed her opposition or to respond to new arguments raised

by Defendant in its reply brief.  Defendant may only use its response to respond to arguments or evidence introduced by Plaintiff in the surreply.

    IT IS SO ORDERED.

    Dated: March 5, 2012          

                                         UNITED STATES DISTRICT JUDGE