IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY COLLIER, ) | Case No. 11-1760 SC |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION FOR LEAVE TO FILE A SURREPLY |
| ) | |
| v. ) | |
| ) | |
| RELIASTAR LIFE INSURANCE ) COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff in the above-captioned matter has moved for leave to file a surreply in opposition to Defendant's motion for summary judgment. ECF No. 44 ("Mot."). Plaintiff would like to call the Court's attention to newly available testimony and "to points which [Plaintiff] raised to which defendant failed to respond, and briefly address certain arguments which defendant made in its reply brief." Id. at 1-2. The Court GRANTS Plaintiff's motion. Plaintiff may file a surreply on or before Wednesday, March 7, 2012, and Defendants may file a response by Monday, March 12, 2012. Neither brief shall exceed 5 pages in length. Plaintiff may only use the surreply to introduce new evidence not available at the time she filed her opposition or to respond to new arguments raised

1  by Defendant in its reply brief.  Defendant may only use its
2  response to respond to arguments or evidence introduced by
3  Plaintiff in the surreply.

5       IT IS SO ORDERED.

7       Dated: March 5, 2012         
8                                    UNITED STATES DISTRICT JUDGE