JACK F. GOVI, ACTING COUNTY COUNSEL
Jennifer Vuillermet, SBN 178676
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the COUNTY OF MARIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY COLLIER,<br><br>    Plaintiff,<br><br>  v.<br><br>RELIASTAR INSURANCE COMPANY,<br><br>    Defendant | Case No.: C-11-1760 SC<br><br>COUNTY OF MARIN'S OBJECTION TO SUBPONEA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION<br><br>DATE:   April 9, 2012<br>TIME:   10:00<br>COURT ROOM: 1 |

On March 30, 2012, Plaintiff's attorneys served a Subponea To Appear And Testify At A Hearing Or Trial In A Civil Action on the Custodian of Records, County of Marin, Human Resources Department ("Subpoena") by delivering the Subpoena to the front desk of the County Human Resources Department. The Subpoena requests that the Custodian of Records bring "[a]ny and all performance evaluations reports to Wendy Collier, AKA Wendy N. Rennison...." The Custodian of Records will not appear at trial, based upon the following objections:

OBJECTIONS

1.   Pursuant to Federal Rule of Civil Procedure 45(c)(3)(A)(i), service of a subpoena must be made so as to allow the witness a "reasonable time to comply." In the case at hand, Plaintiff served the Subpoena 11 days prior to trial. A mere eleven days is an unreasonable amount of time to produce all of Ms. Collier's performance evaluations. Moreover, the Custodian of Records has been unavailable for

50847.doc

1. the last week and just physically received the Subpoena on April 5, 2012. The Custodian of Records was not served personally.

2. The Subpoena is a form of discovery that is subject to the court's discovery deadline. As discovery has closed, Plaintiff should not be allowed to obtain documents from the County of Marin, a nonparty to this action, through a subpoena after the discovery cut-off date. Plaintiff's counsel should have obtained Plaintiff's performance evaluations from the County of Marin well prior to the date of trial. Instead, however, Plaintiff waited until the eleventh hour and now unreasonably expects the Custodian of Records to respond to his self-created emergency.

April 5, 2012

                JACK F. GOVI
                ACTING COUNTY COUNSEL

                By:       /s/
                        Jennifer M. W. Vuillermet
                        Deputy County Counsel

*[Handwritten:]* April 6-12 — 1:15 p.m. County of Marin's motion is granted.

*[Signature]*

USDJ

2