UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDY COLLIER,

        Plaintiff,

   vs.

RELIASTAR LIFE INSURANCE COMPANY,

        Defendant

No. C-11-1760 SC

JUDGMENT

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT pursuant to the Court's March 13, 2012 Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment, Docket No. 54, Plaintiff Wendy Collier's first and second asserted claims for relief alleging bad faith and intentional infliction of emotional distress are dismissed with prejudice and JUDGMENT shall be entered in favor of Defendant ReliaStar Life Insurance Company on those claims.

     IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT pursuant to the April 12, 2012 verdict of the jury following trial in this matter, JUDGMENT shall be entered in favor of Plaintiff Wendy Collier and against Defendant, ReliaStar Life Insurance Company on Plaintiff's claim for breach of contract in the total amount of $106,947.68, consisting of $93,214.51 in actual damages for the period of April 9, 2009 through April 30, 2012 and $13,733.17 in prejudgment interest.

     Inclusion of damages within the judgment amount for benefits attributable to any period following the date of entry of judgment shall not be construed to be a waiver by Defendant of any defense that it may have or claim to have regarding any claim for benefits by Plaintiff encompassing such periods, including, but not limited to, the defense of collateral estoppel, nor shall it be construed as any admission by Defendant that it is obligated to pay Plaintiff benefits attributable to

1  any periods beyond the date of judgment.

2  The parties may tax costs in accordance with law.

3  IT IS SO ORDERED, ADJUDGED AND DECREED

4

5

6  Dated: April 26, 2012

7

8

9  _____
Honorable Samuel Conti
United States District Judge

10

11  ND:  4816-2238-7215, v1

2