IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY COLLIER,<br><br>        Plaintiff,<br><br>   v.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 11-1760 SC<br><br><u>JUDGMENT</u> |

Pursuant to the mandate of the Ninth Circuit, ECF No. 164, JUDGMENT in this action is hereby entered in favor of DEFENDANT Reliastar Life Insurance Company and against PLAINTIFF Wendy Collier.  Costs may be taxed in accordance with law.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: January 26, 2015   _/s/ Samuel Conti_____
                         UNITED STATES DISTRICT JUDGE